UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CHRZANOWSKI and CHERYL CHRZANOWSKI,

        Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION, as Trustee, Successor in interest to WACHOVIA BANK, NATIONAL ASSOCIATION, as Trustee for MASTER ALTERNATIVE LOAN TRUST 2003-7, and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a national banking association,

        Defendants.

Case No. 2:14-cv-11365

Honorable Paul D. Borman

Magistrate R. Steven Whalen

---

| | |
|---|---|
| Rochelle E. Guznack (P61675) | Joseph H. Hickey (P41664) |
| Attorney for Plaintiffs | Laura C. Baucus (P56932) |
| 905 W. Ann Arbor Trail | Samantha L. Walls (P75727) |
| Plymouth, MI  48170 | Attorneys for Defendants |
| (248) 679-1552 | DYKEMA GOSSETT PLLC |
| rguznack@gmail.com | 39577 Woodward Avenue, Suite 300 |
| | Bloomfield Hills, MI  48304 |
| | (248) 203-0700 |
| | jhickey@dykema.com |
| | lbaucus@dykema.com |
| | swalls@dykema.com |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dykema Gossett PLLC, through Laura C. Baucus, hereby enters its appearance as counsel of record on behalf of all Defendants in the above captioned litigation.

Please direct all future pleadings, notices, and correspondence accordingly.

DYKEMA GOSSETT PLLC

By: /s/ Laura C. Baucus
Joseph H. Hickey (P41664)
Laura C. Baucus (P56932)
Samantha L. Walls (P75727)
Attorneys for Defendants
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304
(248) 203-0700
jhickey@dykema.com
lbaucus@dykema.com

Dated: April 4, 2014

## CERTIFICATE OF SERVICE

Laura C. Baucus deposes and states that on April 4, 2014, my assistant electronically filed the foregoing with the Clerk of the Court using the electronic filing system, and that a copy of the foregoing was also served on opposing counsel via e-mail and first class mail.

/s/ Laura C. Baucus
Laura C. Baucus
Attorneys for Defendants
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304
lbaucus@dykema.com

BH01\2010218.1
ID\LCB - 008241\1676

2