UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CHRZANOWSKI and
CHERYL CHRZANOWSKI,

        Plaintiffs,

v.

U.S. BANK, NATIONAL
ASSOCIATION, and JPMORGAN
CHASE BANK, NATIONAL
ASSOCIATION,

        Defendants.

_____/

CASE NO. 14-CV-11365
HON. GEORGE CARAM STEEH

## JUDGMENT

The above entitled matter has come before the court on Defendants' motion for judgment on the pleadings, and in accordance with the order granting Defendants' motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of Defendants.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: Marcia Beauchemin
        DEPUTY COURT CLERK

Dated:  June 26, 2014

---

CERTIFICATE OF SERVICE

Copies of this Judgment were served upon attorneys of record on June 26, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk